# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>CARLOS IVAN VARGAS,<br><br>                        Defendant. | Case No.: 24-cr-0661-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On April 22, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 26, 2024 to July 12, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 25] and sets the Motion Hearing/Trial Setting on July 12, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

1     Further, on April 12, 2024, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from April 12, 2024 to July 12, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 4/24/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE